IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDGAR A. MARESHIE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUN TERRACE CASUAL FUNITURE, INC., )<br>et al., )<br>)<br>Defendants. ) | Cause No. 05-CV-630-WDS |

## O R D E R

**STIEHL, District Judge:**

Before the Court is defendant The Home Depot's (properly named Home Depot, U.S.A., Inc.) motion to dismiss, to which plaintiff has not responded.

Home Depot has submitted an affidavit stating that it did not manufacture the product alleged to have caused plaintiff injury in this products liability action. Home Depot claims that it should be dismissed because it is not the manufacturer of the product, nor does it fall under another category for liability under the applicable state statute. Plaintiff has not responded to the motion.

Accordingly, the Court **GRANTS** the motion to dismiss. The Home Depot (properly named Home Depot, U.S.A., Inc.) is hereby **DISMISSED** from this action.

**IT IS SO ORDERED.**

**DATED: February 13, 2006.**

　　　　　　　　　　　　　　　　　　　　　　**s/ WILLIAM D. STIEHL**
　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**